**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KENARDO COREY YOUNG,**
**Plaintiff**

**v.** **Case Number: 3:24-cv-00265-CWR-LGI**

**WESTMINSTER MANAGEMENT, L.L.C; AND JOHN DOES 1-5,**
**Defendants**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, THIS CAUSE came on for hearing on the joint motion of the parties to dismiss this action with prejudice, and the Court, having been advised in the premises and noting the agreement of counsel, finds that said Motion is well taken and should be and is hereby granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the claims made by Plaintiff, Kenardo Corey Young, against Defendant, Westminster Management, L.L.C., are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 2nd day of June, 2025.

Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
CARLTON W. REEVES

AGREED TO:

**ATTORNEY FOR PLAINTIFF, KENARDO YOUNG**

Dennis C. Sweet, III MSB #8105
SWEET & ASSOCIATES
158 East Pascagoula Street
Jackson, MS 39201
Telephone: (601) 965-8700
Facsimile: (601) 965-8719

Robyn Teague MSB# 102180
TEAGUE & ASSOCIATES
4209 Lakeland Drive #154
Flowood, MS 39232

**ATTORNEY FOR DEFENDANT, WESTMINSTER MANAGEMENT, LLC**

Loraleigh C. Phillips MSB #102326
UPSHAW, WILLIAMS, BIGGERS,
& BECKHAM, LLP
713 S. Pear Orchard, Suite 102
Ridgeland, Mississippi 39157
(601) 978-1996 - Telephone
(601) 978-1949 - Facsimile
Email: lphillips@upshawwilliams.com